UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD JUDA and MARY JUDA,

    Plaintiffs,

v.   Case No: 8:19-cv-1718-T-35TGW

UNITED VAN LINES LLC, SUDDATH RELOCATION SYSTEMS OF ST. PETERSBURG, INC., SUDDATH VAN LINES, INC., and SUDDATH COMPANIES,

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendants Suddath Relocation Systems of St. Petersburg, Inc., Suddath Van Lines, Inc., and Suddath Companies' (the "Suddath Defendants") Motion to Dismiss and Strike Second Amended Complaint, (Dkt. 57); Plaintiffs' Response in opposition thereto filed by Plaintiffs Richard and Mary Juda, (Dkt. 63); Defendant United Van Lines, LLC's ("United") Motion to Dismiss Second Amended Complaint, (Dkt. 59); and the Response in opposition thereto, (Dkt. 67). Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** both Defendants' Motions to Dismiss.

In this case, the Suddath Defendants challenge the sufficiency of Plaintiffs' factual assertions, alleging that the Second Amended Complaint ("Complaint") must be dismissed for failure to state a claim, or alternatively, stricken for a more definite statement. (Dkt. 57 at 7–8) Defendant United similarly challenges the sufficiency of Plaintiffs' factual assertions, alleging that the Complaint must be dismissed because the

claims are preempted by federal law or fail to comply with a previous order of this Court. (Dkt. 59 at 1–2) Upon review of the Complaint against the prevailing low threshold for pleading a claim, the Court finds that, on its face, the Complaint adequately pleads all causes of action to permit Defendants to answer and defend. These allegations must be taken as true for purposes of addressing the Motions to Dismiss; therefore, the substantive challenges Defendants assert against the bona fides of Plaintiffs' claims are premature and must be resolved on summary judgment or through litigation.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Suddath Defendants' Motion to Dismiss and Strike Second Amended Complaint, (Dkt. 57), is **DENIED**.

2. Defendant United Van Lines, LLC's Motion to Dismiss Second Amended Complaint, (Dkt. 59), is **DENIED**.

3. Defendants **shall each file an Answer within fourteen (14) days** of the date of this Order. Defendants may reassert substantive challenges once discovery is completed.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of June, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person